EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Extensión de términos por motivo de concesión de los días 26 de diciembre de 2025 y 2 de enero de 2026. | 2025 TSPR 47 215 DPR ___ |
| --- | --- |

Número del Caso:  EM-2025-0005

Fecha:  2 de mayo de 2025

Materia: Extensión de términos por motivo de la concesión de los días 26 de diciembre de 2025 y 2 de enero de 2026.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Extensión de términos por
motivo de concesión de los
días 26 de diciembre de 2025 y
2 de enero de 2026.

EM-2025-05

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de mayo de 2025.

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa Núm. OAJP-2023-111A de 28 de abril de 2025, con el fin de enmendar la Orden Administrativa OAJP-2023-111 y añadir el 26 de diciembre de 2025 y el 2 de enero de 2026 como días de cierre total.

Durante un cierre total, los Centros Judiciales y otras salas de los Tribunales de Primera Instancia, el Tribunal de Apelaciones y el Tribunal Supremo permanecerán cerrados, con excepción de los jueces y juezas de turno que operarán como se acostumbra en un día feriado.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos de los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73. Por tal razón, los días decretados como cierres totales se considerarán como si fueran feriados. Cualquier término que venza durante las fechas decretadas se extenderá al día laborable siguiente.

Se ordena la difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo